UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUGUSTO MORALES LOPEZ, *individually and on behalf of others similarly situated*,

*Plaintiff,*

-against-

N J KNOW KNOW, INC (D/B/A KNOW KNOWN), JUNG KIM (A.K.A. JOSEPH), JOON DOE, and TOMMY LEE,

*Defendants.*

Case No. 17-cv-11820

STIPULATION OF DISMISSAL
**WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, as to Defendants N J Know Know, Inc. (d/b/a Know Known), Jung Kim (aka Joseph), and Joon Kim (sued as Joon Doe) and with each party to bear their own costs, expenses, disbursements, and attorneys' fees. The Court will retain jurisdiction to enforce the settlement agreement

Dated: January 2, 2019
New York, New York

_____
Sara Isaacson, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: sisaacson@faillacelaw.com

_____ 1/2/19
Diane Lee, Esq.
The Law Office of Diane H. Lee, P.C.
158 Linwood Plaza, Ste 308
Fort Lee, New Jersey 07024
Tel: (201) 363-0101
dlee@dhllaw.com

**SO ORDERED:**
s/ Stanley R. Chesler
_____
1-3-19